UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 16-10964-GAO

FREDERICK BANKS,
Plaintiff,

v.

SPECIAL AGENT ROBERT WERNER, et al.,
Defendants.

## ORDER

O'TOOLE, D.J.

In an order dated June 8, 2016, the Court held that plaintiff Frederick Banks could not proceed in forma pauperis in light of the "three strikes" provision of the Prison Litigation Reform Act.  See 28 U.S.C. § 1915(g).  The Court directed Banks to pay the $400 filing fee and warned him that failure to do so within 35 days would result in dismissal of the action.

The time for complying with the Court's order has expired and Banks has not paid the filing fee or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

SO ORDERED.

August 1, 2016                               /s/ George A. O'Toole, Jr.
DATE                                         GEORGE A. O'TOOLE, JR
                                             UNITED STATES DISTRICT JUDGE